**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01468-CV

### IN RE BABU SAMUEL KALLUVILAYIL, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F91-00956-TH**

## ORDER
Before Justices Moseley, Lang-Miers, and Evans

Based on the Court's opinion of today's date, we **DENY** in part and **DISMISS** in part relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

We **DIRECT** the Clerk to send a copy of this Court's opinion and order, by first-class mail, to Babu Samuel Kalluvilayil, TDCJ No. 584945, Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601.

We **DIRECT** the Clerk to send copies of this Court's opinion and order, by electronic transmission, to the Presiding Judge of the Criminal District Court No. 1 and to Michael Casillas, Dallas County District Attorney's Office.

/s/    ELIZABETH LANG-MIERS
       JUSTICE